**John Robert DENNIS, Appellant,**

v.

**Richard Keith DENNIS, Respondent.**

**No. ED 76152.**

Missouri Court of Appeals,
Eastern District,
Division Four.

Jan. 11, 2000.

James A. Stemmler, St. Louis, for appellant.

Liberman, Goldstein & Associates, Stanley E. Goldstein, St. Louis, for respondent.

Before CRANDALL, P.J. and HOFF, J. and PUDLOWSKI, S.J.

## ORDER

PER CURIAM.

John Robert Dennis (Appellant) appeals from an order of the Probate Division setting aside the appointment of Appellant as personal representative of Margaret J. Dennis's estate.

We have reviewed the briefs of the parties, the legal file, and the record on appeal. No error of law appears. A written opinion reciting the detailed facts and restating the principles of law would have no

8. *State v. Evans,* 992 S.W.2d 275, 295–296 (Mo.App. S.D.1999).

9. *White v. State,* 939 S.W.2d 887, 904 (Mo. banc 1997).

precedential value. The judgment is affirmed in accordance with Rule 84.16(b).